1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11
12

**CHILI WILLIE,**

Case No. C 09-04288 CW (PR)

13

Petitioner,

**ORDER EXTENDING TIME FOR**
**FILING RESPONDENT'S MOTION TO**
**DISMISS**

14

**v.**

15
16

**MICHAEL MARTEL, Warden,**

17

Respondent.

18
19

    The time within which respondent is to file a motion to dismiss is extended by thirty-one

20

days, to and including June 7, 2010.

21

    IT IS SO ORDERED.

22

Dated:  May 7, 2010

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28

1